Filed 8/8/22  P. v. McCammon CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>DAVID BRIAN MCCAMMON, JR.,<br><br>    Defendant and Appellant. | 2d Crim. No. B318025<br>(Super. Ct. No. 2019002082)<br>(Ventura County) |

David Brian McCammon pled guilty to conspiracy to commit theft.  (Pen. Code, §§ 182, subd. (a), 484.)  He was sentenced to 16 months in jail pursuant to Penal Code section 1170, subdivision (h)(5)(A).

On January 17, 2019, McCammon and a companion entered a CVS store.  They were observed by a store employee removing bottles of alcohol from a shelf and placing them in a single backpack.  They left the store without paying. The employee called the police and gave a description of the car they

drove away in and the license plate number. The police stopped the car and found $420.63 worth of alcohol in the back seat.

McCammon appeals the sentence.

We appointed counsel to represent McCammon in this appeal. After examining the record, he filed a brief raising no issues.

On May 25, 2022, we advised McCammon by mail that he had 30 days within to personally submit any contentions or issues that he wished to raise on appeal. We received no reply.

We have reviewed the entire record and are satisfied that McCammon's attorney has fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.

NOT TO BE PUBLISHED.

                                        GILBERT, P. J.

We concur:


        YEGAN, J.



        PERREN, J.

2

Bruce A. Young, Judge

Superior Court County of Ventura

_____


Leonard J. Klaif, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.